**Order entered April 2, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00091-CV

### IN THE INTEREST OF B.C.C. AND K.M.C., CHILDREN

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-08-09495-Z**

## ORDER

Before the Court is appellant's March 31, 2021 motion for additional time to file brief and motion to accept filed brief. We **GRANT** the motion and **ORDER** the brief received March 30, 2021 filed as of the date of this order.

/s/    LESLIE OSBORNE
        JUSTICE